HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DETWILER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>Defendant. | No. C07-2090 RAJ<br><br>**CLASS ACTION**<br><br>ARBITRATION STATUS REPORT |

Pursuant to the May 2, 2008 Order of the Court, plaintiff Maria Detwiler ("Plaintiff") submits the following Arbitration Status Report to the Court:

On July 1, 2008, Plaintiff filed a Petition for Writ of Mandamus ("Writ Petition") with the Ninth Circuit Court of Appeals seeking review of the Court's May 2, 2008 Order staying the litigation and compelling the parties to arbitration (Appeals Court Case No. 08-72823). On September 15, 2008, The United States Court of Appeals for the Ninth Circuit issued an Order stating that Plaintiff's "petition for a writ of mandamus raises issues that warrant a response" and requesting that defendant T-Mobile USA, Inc. ("T-Mobile") file a response to Plaintiff's Writ Petition within 14 days of the date of the Order.

///

On September 29, 2008, T-Mobile filed its Response to Petition for Writ of Mandamus with the Ninth Circuit Court of Appeals. On October 7, 2008, Plaintiff submitted a reply brief in further support of the Writ Petition. On December 12, 2008, the Ninth Circuit denied Plaintiff's Writ Petition, without oral argument.

Based upon the decision of the Ninth Circuit Court of Appeals Plaintiff is presently evaluating whether to arbitrate her claims or to dismiss the action.

Dated this 30th day of December, 2008, at Santa Barbara, California.

        ARIAS OZZELLO & GIGNAC $^{LLP}$

        By:/s/ J. Paul Gignac
        J. Paul Gignac, *Pro Hac Vice*
        Arias Ozzello & Gignac $^{LLP}$
        4050 Calle Real, Suite 130
        Santa Barbara, CA 93110
        Phone: (805) 683-7400
        Fax: (805) 683-7401
        j.paul@aogllp.com

        Murray Lewis, WSBA #13307
        Lewis Law Firm
        3412 South Jackson Street
        Seattle, Washington 98114
        Office: (206) 714-2113
        Fax: (206) 223-7009
        lewislawseattle@yahoo.com

        Michael W. Sobol, *Pro Hac Vice*
        msobol@lchb.com
        Barbra L. Williams, *Pro Hac Vice*
        bwilliams@lchb.com
        Lieff, Cabraser, Heimann & Bernstein LLP
        Embarcadero Center West
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339
        Phone: 415.956-1000
        Fax: 415-956-1008

        Peter J. Bezek, WSBA #7900
        pbezek@foleybezek.com
        Robert A. Curtis, *Pro Hac Vice*
        rcurtis@foleybezek.com

Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

Attorneys for Plaintiff

**Certificate of Service:**

I certify that I caused the foregoing document to be electronically filed using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| lewislawseattle@yahoo.com | rcurtis@foleybezek.com |
| sawj@stokeslaw.com | pbezek@foleybezek.com |
| kah@stokeslaw.com | j.paul@aogllp.com |
| msobol@lchb.com | steve@hbsslaw.com |
| bwilliams@lchb.com | smh@stokeslaw.com |

Dated this 30th day of December, 2008, at Santa Barbara, California.

By: /s/ J. Paul Gignac