HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DETWILER, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>         Defendant. | Case No.:  07-CV-02090-RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES |

# I.  STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the Court may

enter an order of dismissal with prejudice and without the award of costs or fees to any party.

DATED this 7th day of January 2009.

STOKES LAWRENCE, P.S.

By:  _/s/ Scott A.W. Johnson_
     Scott A.W. Johnson (WSBA No. 15543)
     Shelley M. Hall (WSBA No. 28586)

Attorneys for Defendant T-Mobile USA, Inc

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR FEES - 07-CV-02090-RAJ
40318-076 \ 396391.doc                                    -1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

ARIAS OZZELLO & GIGNAC LLP

By:  /s/ J. Paul Gignac
     J. Paul Gignac (*Admitted pro hac vice*)

LEWIS LAW FIRM
Murray Lewis (WSBA No. 13307)

LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
Michael W. Sobol (*Admitted pro hac vice*)
Barbra L. Williams (*Admitted pro hac vice*)

FOLEY BEZEK BEHLE & CURTIS, LLP
Peter J. Bezek (WSBA No. 7900)
Robert A. Curtis (*Admitted pro hac vice*)

Attorneys for Plaintiff

## II.  ORDER

Based on the foregoing Stipulation of Counsel, IT IS HEREBY ORDERED:

This case and all claims asserted therein shall be and hereby are DISMISSED WITH PREJUDICE and without the award of costs or fees to any party.

DATED this ____ day of January 2009.


                         UNITED STATES DISTRICT JUDGE

Presented by:

STOKES LAWRENCE, P.S.

By:  /s/ Scott A.W. Johnson
     Scott A.W. Johnson (WSBA No. 15543)
     Shelley M. Hall (WSBA No. 28586)

Attorneys for Defendant T-Mobile USA, Inc

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR FEES - 07-CV-02090-RAJ
40318-076 \ 396391.doc                -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1

2   ARIAS OZZELLO & GIGNAC LLP

3   By:  _/s/ J. Paul Gignac_
          J. Paul Gignac (*Admitted pro hac vice*)

4

   LEWIS LAW FIRM
5   Murray Lewis (WSBA No. 13307)

6   LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
   Michael W. Sobol (*Admitted pro hac vice*)
7   Barbra L. Williams (*Admitted pro hac vice*)

8   FOLEY BEZEK BEHLE & CURTIS, LLP
   Peter J. Bezek (WSBA No. 7900)
9   Robert A. Curtis (*Admitted pro hac vice*)

10    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR FEES - 07-CV-02090-RAJ

40318-076 \ 396391.doc        -3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## CERTIFICATE OF SERVICE

I hereby certify that on January 7th, 2009, I caused the foregoing Stipulation and Order of Dismissal with Prejudice and Without Costs or Fees to be:

☒   electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Paul Gignac                                   j.paul@aogllp.com
Kiley L. Grombacher                         kgrombacher@aogllp.com
Arias, Ozzello & Gignac, LLP
4050 Calle Real, Suite 130
Santa Barbara, CA 93110

Peter J. Bezek                                   pbezek@foleybezek.com
Robert A. Curtis                               rcurtis@foleybezek.com
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101-8217

Michael Sobol                                   msobol@lchb.com
Barbara L. Williams                          bwilliams@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Murray Lewis                                   lewislawseattle@yahoo.com
Lewis Law Firm
3412 South Jackson Street
Seattle, Washington 98114

☐   mailed by first class United States mail, postage prepaid, to the following:

☐   hand delivered to the following:

☐   e-mailed and mailed by first class United States mail, postage prepaid, to the following:

☐   faxed and mailed by first class United States mail, postage prepaid, to the following:

/s/ Scott A.W. Johnson
Scott A.W. Johnson (WSBA #15543)
Attorney for Defendant
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104
Telephone: (206) 626-6000
Facsimile: (206) 464-1496
email: scott.johnson @stokeslaw.com

File No.: 40318-076

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS OR FEES - 07-CV-02090-RAJ

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

40318-076 \ 396391.doc                          -4-