HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA DETWILER, on behalf of herself and all others similarly situated,

Plaintiff,

v.

T-MOBILE USA, INC., a Delaware corporation,

Defendant.

Case No.: 07-CV-2090-RAJ

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES

## I. STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the Court may enter an order of dismissal with prejudice and without the award of costs or fees to any party.

DATED this 7th day of January 2009.

STOKES LAWRENCE, P.S.

By:   /s/ *Scott A.W. Johnson*
　　　Scott A.W. Johnson (WSBA No. 15543)
　　　Shelley M. Hall (WSBA No. 28586)

Attorneys for Defendant T-Mobile USA, Inc

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES - 07-CV-2090-RAJ

**Error! Reference source not found.**\ 07-2090ord1          -1-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

ARIAS OZZELLO & GIGNAC LLP

By: /s/ *J. Paul Gignac*
J. Paul Gignac (*Admitted pro hac vice*)

LEWIS LAW FIRM
Murray Lewis (WSBA No. 13307)

LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
Michael W. Sobol (*Admitted pro hac vice*)
Barbra L. Williams (*Admitted pro hac vice*)

FOLEY BEZEK BEHLE & CURTIS, LLP
Peter J. Bezek (WSBA No. 7900)
Robert A. Curtis (*Admitted pro hac vice*)

Attorneys for Plaintiff

## II.  ORDER

Based on the foregoing Stipulation of Counsel, IT IS HEREBY ORDERED:

This case and all claims asserted therein shall be and hereby are DISMISSED WITH PREJUDICE and without the award of costs or fees to any party.

DATED this 9th day of January 2009.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES - 07-CV-2090-RAJ
**Error! Reference source not found.**\ 07-2090ord1       -2-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000