UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MARIA DETWILER, | No. 08-72823 |
| MARIA DETWILER, on behalf of herself and all others similarly situated, | D.C. No. 2:07-cv-02090-RAJ U.S. District Court for Western Washington, Seattle |
| Petitioner, | **MANDATE** |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, | |
| Respondent, | |
| T-MOBILE USA INC., a Delaware corporation, | |
| Real Party in Interest. | |

The judgment of this Court, entered December 12, 2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk